UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| FRANCIS KEISTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| WAKE COUNTY DISTRICT ) | 5:23-CV-571-BO-RN |
| ATTORNEY'S OFFICE, ) | |
| LANCE FREEMAN, CITY OF RALEIGH, ) | |
| THE RALEIGH NC POLICE DEPARTMENT, ) | |
| OFFICER EVETTA, OFFICER LYWICKES, ) | |
| OFFICER ALONSO, GREYHOUND LINE, INC. ) | |
| RALEIGH NC, AND JANE DOE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**Decision by Court.**
This matter is before the Court on the Memorandum and Recommendation (M&R) of United States Magistrate Judge Robert T. Numbers, II. [DE 19]. On February 22, 2024, Judge Numbers issued an M&R recommending that plaintiff's complaint be dismissed without prejudice. [DE 19]. Following three extension requests, plaintiff filed a general objection to the M&R on May 28, 2024. [DE 26] .

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court ORDERS that the magistrate judge's M&R [DE 19] is ADOPTED, and plaintiff's complaint [DE I] is DISMISSED without prejudice. The Clerk is DIRECTED to enter judgment and close this case.

This case is closed.

**This judgment filed and entered on July 26, 2024, and served on:**
Francis Keister (via US Mail to 7003 Glenn Dale Road, Glenn Dale, MD 20769)

July 26, 2024

                      PETER A. MOORE, JR., CLERK

                       /s/ Lindsay Stouch
                      By: Deputy Clerk